# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TRAVIS GREER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. CIV-14-1066-M |
| | ) |
| MARY FALLIN, Governor of the State of Oklahoma; ROBERT PATTON, Director of Oklahoma Department of Corrections, and JANET DOWLING, Warden, in their Individual and Official Capacities, | ) ) ) ) ) |
| | ) |
| Defendants. | ) |

## ORDER

On June 5, 2015, United States Magistrate Judge Shon T. Erwin issued a Report and Recommendation in this action brought pursuant to 42 U.S.C. § 1983, challenging, in general, the conditions of plaintiff's confinement. The Magistrate Judge recommended that this action be dismissed without prejudice upon screening pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted and that all of plaintiff's pending motions be denied as moot. Plaintiff was advised of his right to object to the Report and Recommendation by June 23, 2015. Having received an extension of time, plaintiff has timely filed his objection. Plaintiff objects to the Report and Recommendation in its entirety and asserts the Report and Recommendation "is fundamentally flawed, biased and will result in severe prejudice to the Plaintiff and cause further irreparable harm, injury, and be a significant miscarriage of justice, and will impeach the judicial process." Objection at 18.

Having carefully reviewed this matter de novo, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 31] issued by the Magistrate Judge on June 5, 2015;

(2) DISMISSES this action without prejudice upon screening for failure to state a claim upon which relief may be granted; and

(3) FINDS that all pending motions are now MOOT.

**IT IS SO ORDERED this 30th day of July, 2015.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE