# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TRAVIS GREER, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. CIV-14-1066-M |
| MARY FALLIN, et al., | ) ) ) |
| Defendants. | ) |

## ORDER

On August 8, 2016, United States Magistrate Judge Shon T. Erwin issued a Report and Recommendation in this action brought pursuant to 42 U.S.C. § 1983. The Magistrate Judge recommended that plaintiff's Motion Requesting Certification as Class Action with Appointment of Counsel be denied. Plaintiff was advised of his right to object to the Report and Recommendation by August 25, 2016. On August 29, 2016, plaintiff filed his objection, objecting to the Report and Recommendation in its entirety.

Having carefully reviewed this matter de novo, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 71] issued by the Magistrate Judge on August 8, 2016, and

(2) DENIES plaintiff's Motion Requesting Certification as Class Action with Appointment of Counsel [docket no. 65].

**IT IS SO ORDERED this 7th day of September, 2016.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE