IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| TRAVIS GREER, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Case No. CIV-14-1066-M |
| MARY FALLIN, et al., | ) | |
| Defendants. | ) | |

## ORDER

On February 15, 2018, United States Magistrate Judge Shon T. Erwin issued a Report and Recommendation in this action brought pursuant to 42 U.S.C. § 1983, challenging the conditions of plaintiff's confinement. The Magistrate Judge recommended that the Court find plaintiff's motion for appointment of counsel moot and deny plaintiff's motion for class certification. Plaintiff was advised of his right to object to the Report and Recommendation by March 5, 2018. On March 5, 2018, plaintiff filed his objections.

Having carefully reviewed this matter de novo, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 232] issued by the Magistrate Judge on February 15, 2018;

(2) FINDS that plaintiff's motion for appointment of counsel [docket no. 162] is now MOOT; and

(3) DENIES plaintiff's motion for class certification [docket no. 162].

**IT IS SO ORDERED this 15th day of March, 2018.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE