# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

TRAVIS GREER,                    )
                                 )
       Plaintiff,           )
                                 )
vs.                              )    Case No. CIV-14-1066-M
                                 )
MARY FALLIN, et al.,             )
                                 )
       Defendants.          )

## ORDER

On February 15, 2018, United States Magistrate Judge Shon T. Erwin issued a Report and Recommendation in this action brought pursuant to 42 U.S.C. § 1983, challenging the conditions of plaintiff's confinement. The Magistrate Judge recommended that this Court dismiss plaintiff's claim for religious discrimination without prejudice and grant summary judgment to defendants Fallin and Dowling on grounds of non-exhaustion. Plaintiff was advised of his right to object to the Report and Recommendation by March 5, 2018. On March 5, 2018, plaintiff filed his objections.

Having carefully reviewed this matter de novo, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 231] issued by the Magistrate Judge on February 15, 2018;

(2) DISMISSES plaintiff's claim for religious discrimination without prejudice; and

(3) GRANTS defendants Fallin and Dowling's Motion for Summary Judgment [docket no. 100] based on non-exhaustion.

**IT IS SO ORDERED this 15th day of March, 2018.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE